# United States District Court
# District of Connecticut

Chele Jenkins
*Plaintiff*

v.     Case No. 3:02cv1390 MRK

City of Bridgeport Board of Education, et al.:
*Defendant*

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

☐ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

☐ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

☐ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

☐ A ruling on the following motions which are currently pending: (orefm.)
Doc#

☒ A settlement conference (orefmisc./cnf.)

☐ A conference to discuss the following: (orefmisc./cnf.)

☐ Other: (orefmisc./misc)


SO ORDERED this __29th__ day of __October__, __2003__ at New Haven, Connecticut.

/s/ _____Mark R. Kravitz_____
UNITED STATES DISTRICT COURT JUDGE