*statcnf*

10/06/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday October 29, 2003

11:00 a.m.

CASE NO.  3-02-cv-1390 Jenkins v Board of Education
------------------------------------------------------

COUNSEL OF RECORD:

John H. Barton              City of Bridgeport, 999 Broad St., 2nd Fl.,
                            Bridgeport, CT 203-576-7647

Ikechukwu Umeugo            Umeugo & Assoc., 840 Orange Ave., 2nd Fl. PO
                            Box 26373, West Haven, CT 203-931-2680

                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK

**STATUS CONFERENCE HELD**
DATE: 10/29/03

15 min.