UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CHELE' JENKINS** | : | |
| **Plaintiff,** | : | **CIV. NO. 3:02CV1390 (MRK)** |
| vs. | : | |
| **CITY OF BRIDGEPORT BOARD OF EDUCATION, CITY OF BRIDGEPORT AND MARIA ARROYO** | : | |
| **Defendants** | : | **JANUARY 20, 2004** |

## MOTION FOR REVISION OF SCHEDULING ORDER AND FOR AN EXTENSION OF TIME

Pursuant to Federal Local Rules of Civil Procedure, Rule 7(b), the Defendants, through counsel, respectfully request this Court review the Scheduling Order and grant Defendants an extension of time to file dispositive motions. As a basis for this motion, the Defendants state the following:

1. This Court entered a Revised Scheduling Order in the above matter dated October 29, 2003. The Court ordered that dispositive motions be filed on or before January 23, 2004.

2. The parties attended a Settlement Conference before the Honorable Magistrate Judge William Garfinkel on January 16, 2004. Magistrate Judge Garfinkel has retained jurisdiction in an attempt to mediate and settle this matter.

JBF04002                                1

3. The Plaintiff made a number of unsupported claims in her Complaint, including: race, color, age, gender and religious discrimination; hostile work environment; breach of conduct; due process; First Amendment; and emotional distress.

4. The Defendants request an additional sixty (60) days, until April 6, 2004, to file dispositive motions. Discussions at the Settlement Conference showed that most, if not all, of those claims could be resolved by a dispositive motion.

5. The Defendants have inquired of Plaintiff's counsel, who has not agreed to the extension of time.

Wherefore; based on the foregoing, if Magistrate Judge Garfinkel's efforts are unsuccessful, judicial economy would be furthered by granting the extension of time to submit dispositive motions.

THE DEFENDANTS

By: _____
John H. Barton
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT  06604
Tel: #203/576-7647
Fed. Bar #05884

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 20th day of January, 2004, to:

**Ikechukwu Umeugo**
**Umeugo and Associates**
**620 Boston Post Road**
**P.O. Box 26373**
**West Haven, CT 06516**

**Judge Mark Kravitz**
**U.S. District Court**
**District of Connecticut**
**141 Church Street**
**New Haven, CT 06510**

**Magistrate Judge William I. Garfinkel**
**United States District Court**
**District of Connecticut**
**915 Lafayette Boulevard**
**Bridgeport, CT 06604**

John H. Barton
Commissioner of the Superior Court

JBF04002                           3