UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

January 16, 2004

*Held*

*2 hours*

10:00 a.m.

CASE NO. **3:02cv1390 (MRK)**     **Chele Jenkins v Bridgeport Board of Education, et al**

John H. Barton
City of Bridgeport
Office of the City Attorney
999 Broad St., 2nd Fl.
Bridgeport, CT 06604-4328


Ikechukwu Umeugo
Umeugo & Assoc.
840 Orange Ave., 2nd Fl.
PO Box 26373
West Haven, CT 06516


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK