FILED

Jan 26  3 02 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CHELE' JENKINS** : | CIV. NO. 3:02CV1390(MRK) |
| **Plaintiff** : | |
| : | |
| **vs.** : | |
| : | |
| **CITY OF BRIDGEPORT BOARD OF** : | |
| **EDUCATION, CITY OF BRIDGEPORT** : | |
| **AND MARIA ARROYO** : | |
| : | |
| **Defendants** : | **JANUARY 22, 2004** |

## MOTION TO PRECLUDE EXPERT TESTIMONY

Pursuant to Federal Rules of Civil Procedure, Rule 26(a) (2) and the Court's Scheduling Order, the defendants move to preclude expert medical testimony in support of the plaintiff's medical claims. In response to the defendants' interrogatories, Question 17, the plaintiff said "Trial witnesses are not known at this time." Such witnesses have not been disclosed.

Therefore, the defendants request that in accordance with this Motion and Memorandum in Support attached hereto, the plaintiff be precluded from calling medical expert witness.

THE DEFENDANTS

BY: _____
**John H. Barton**
Associate City Attorney
**OFFICE OF THE CITY ATTORNEY**
999 Broad Street – 2nd Floor
Bridgeport, CT  06604
Telephone:  203-576-7647
Fed. Bar No. 05884

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 22nd day of January, 2004, to:

**Ikechukwu Umeugo**
**Umeugo and Associates**
**620 Boston Post Road**
**P. O. Box 26373**
**West Haven, CT  06516**

_____
John H. Barton
Commissioner of the Superior Court

C:JHB.Jenkins.Motion Preclude Expert Test.