UNITED STATES DISTRICT COURT

DISTRICT  OF  CONNECTICUT


Chele Jenkins

V.                                Case Number:  3:02cv1390 MRK

Board of Education, et al


NOTICE  TO  COUNSEL
--------------------


The above-entitled case was reported to the Court on February 9,
2004 to be settled. Under Local Rule 41(b), a matter reported settled is
to be dismissed if closing papers are not filed within thirty (30) days
thereafter.

Accordingly, an order of dismissal will be entered on March 10,
2004 unless closing papers are filed on or before that date, or unless
counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, February 9, 2004.



KEVIN F. ROWE, CLERK

By: /s/ Kenneth R. Ghilardi
    Kenneth R. Ghilardi
    Deputy Clerk