FILED

Feb 26  2 23 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT DISTRICT COURT
NEW HAVEN, CONN.

CHELE' JENKINS
    Plaintiff.

Vs.

CITY OF BRIDGEPORT, ET AL.
    Defendants.

CIVIL ACTION NO.:
302CV1390(MRK)

FEBRUARY 4, 2004

### STIPULATION FOR COMPROMISE OF SETTLEMENT

It is hereby stipulated by and between Chele' Jenkins, Plaintiff, and the City of Bridgeport, et al, Defendants, by and through their respective attorney as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. City of Bridgeport, et al, Defendants, agree to pay the Plaintiff the sum of Ten Thousand Dollars ($10,000.00), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the above-captioned lawsuit, including any claims for wrongful death, for which Plaintiff or her heirs, executors, administrators, or assigns and each of them, now have or may hereafter acquire against the City of Bridgeport, et al, its agents, servants, and employees.

3. City of Bridgeport, et al, Defendants also agree to separate Plaintiff's last employee performance evaluation from her personnel file and shall not disclose the contents of the last employee performance evaluation.

4. Plaintiff and her heirs, executors, administrators or assigns hereby agree to accept the sum

of Ten Thousand Dollars ($10,000.00), in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the City of Bridgeport, et al, its agents, servants and employees on account of the same subject matter that gave rise to the above-captioned lawsuit, including any future claim for wrongful death. Plaintiff and her heirs, executors, administrators or assigns further agree to reimburse, indemnify and hold harmless the City of Bridgeport, et al, its agents, servants, and employees from any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or result in from further litigation or the prosecution of claims by Plaintiff or her heirs, executors, administrators or assigns against any third party or against the City of Bridgeport, et al, including claims of wrongful death.

5. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the City of Bridgeport, et al, its agents, servants or employees, and is entered into by both parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

6. It is also agreed, by and among the parties, that the settlement amount of Ten Thousand Dollars represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees, and expenses and that any attorneys fees owed by the Plaintiff will be paid out of the settlement amount and not in addition thereto.

7. Payment of the settlement amount will be made by a check for Ten Thousand Dollars ($10,000.00) and made payable to Chele' Jenkins, Plaintiff, and Umeugo & Associates, P.C., the Plaintiff's attorney. The check will be mailed to the Plaintiff's attorney at the following address: Umeugo & Associates, P.C., 620 Boston Post Road, P.O. Box 26373, West Haven, CT 06516.

8.  In consideration of the payment of Ten Thousand Dollars ($10,000.00) as set forth above, Plaintiff agrees that she will cause their attorney to execute and file with the court such documents as shall be necessary to cause the above-styled action to be dismissed with prejudice from the docket of the court.

Executed this ___9th___ day of February, 2004.


_____  
Chele' Jenkins  
Plaintiff

_____  
Attorney for Defendant.  
City of Bridgeport, et al  

John H. Barton

_____  
Ikechukwu Umeugo  
Attorney for the Plaintiff