## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHELE' JENKINS | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION NO.: |
| V. | : | 302CV1390(MRK) |
| | : | |
| CITY OF BRIDGEPORT BOARD OF | : | |
| EDUCATION, CITY OF BRIDGEPORT, | : | |
| AND MARIA ARROYO | : | FEBRUARY 24, 2004 |
|     Defendants. | : | |

### REQUEST FOR WITHDRAWAL

The plaintiff in the above-entitled action hereby requests the court to withdraw her complaint with regard to all defendants pursuant to Local Rule 41(b).  The parties have settled the above-referenced matter.

WHEREFORE, the plaintiff requests that this court grant her withdrawal.

                                        THE PLAINTIFF,
                                        CHELE' JENKINS

                   By:                        
                                    IKECHUKWU UMEUGO, ESQ.
                                    HER ATTORNEY
                                    UMEUGO & ASSOCIATES, P.C.
                                    620 BOSTON POST ROAD
                                    WEST HAVEN, CT 06516
                                    (203) 931-2680; FED. BAR# Ct 04536

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CHELE' JENKINS : | |
|     Plaintiff, : | |
| : | CIVIL ACTION NO.: |
| V. : | 302CV1390(MRK) |
| : | |
| CITY OF BRIDGEPORT BOARD OF : | |
| EDUCATION, CITY OF BRIDGEPORT, : | |
| AND MARIA ARROYO : | FEBRUARY 24, 2004 |
|     Defendants. : | |

**ORDER**

The foregoing having been heard, and it appearing that it should be granted, it is hereby:

ORDERED:   GRANTED/ DENIED

THE COURT,

BY: _____
       JUDGE/ CLERK

**CERTIFICATION**

This is to certify that we mailed a copy of the foregoing postage prepaid, this 25th day of February 2004, to Attorney John H. Barton, Office of the City Attorney, 999 Broad Street, 2nd Floor, Bridgeport, CT 06604.

_____
Ikechukwu Umeugo, Esquire

2