UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHELE JENKINS, | : | |
| | : | |
| Plaintiff, | : | NO.   3:02cv1390 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CITY OF BRIDGEPORT BOARD OF EDUCATION, et al., | : | |
| | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Court having received the parties' Stipulation for Compromise of Settlement [doc. #23] on February 26, 2004, this case is DISMISSED with prejudice, in accordance with the provisions of the stipulation of settlement.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: February 27, 2004